**UNITED STATES of America,**
**Plaintiff-Appellee,**

**v.**

**Steven Tyrone RICHARD,**
**Defendant-Appellant.**

**No. 15-30053**

United States Court of Appeals, Ninth Circuit.

---

** This disposition is not appropriate for publication and is not precedent except as provid-ed by Ninth Circuit Rule 36-3.

Submitted September 26, 2017 *

Filed September 29, 2017

Leif Johnson, Assistant U.S. Attorney, Office of the US Attorney, Billings, MT, Bryan R. Whittaker, Assistant U.S. Attorney, USHE—Office of the US Attorney, Helena, MT, for Plaintiff-Appellee

Chad Wright, Attorney, Hooks & Wright, P.C., Helena, MT, for Defendant-Appellant

Before: SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Steven Tyrone Richard appeals from the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Richard contends that he is entitled to a sentence reduction under Amendment 782 to the Sentencing Guidelines. We review de novo whether a district court had authority to modify a sentence under section 3582(c)(2). *See United States v. Leniear*, 574 F.3d 668, 672 (9th Cir. 2009). The record makes clear that the district court imposed Richard's sentence, and later reduced Richard's sentence under Federal Rule of Criminal Procedure 35(b), for reasons unrelated to the guideline range lowered by Amendment 782. Because Richard's sentence was not "based on a sentencing range that has subsequently been lowered by the Sentencing Commission," he is ineligible for a sentence reduction. *See* 18 U.S.C. § 3582(c)(2); *United States v. Rodriguez-Soriano*, 855 F.3d 1040, 1045-46 (9th Cir. 2017). Accordingly, contrary to Richard's contention, the district court had no cause to consider his argument that a reduction was warranted under the 18 U.S.C. § 3553(a) sentencing factors. *See Dillon v. United States*, 560 U.S. 817, 826-27, 130 S.Ct. 2683, 177 L.Ed.2d 271 (2010).

Richard's motion for remand or summary reversal is denied.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.